Gould and Stephen Lee, for appellant; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, Louis H. Geiman and Harry Markin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**

## City of Chicago, Appellee, v. Elizabeth Gilbert, Appellant.

### Gen. No. 44,474. 

opinion filed November 1, 1948; released for publication November 16, 1948. Louis L. Gould and Stephen Lee, for appellant; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, Louis H. Geiman, and Harry Markin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**

## Sophie Marnik et al., Appellants, v. Northwestern Packing Company et al., Appellees.

### Gen. No. 44,520.